AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Harold Watt, Jr. ) |  |
| *Plaintiff* ) |  |
| v. ) | Civil Action No.   2:10-CV-01385-RMG |
| Commissioner of the Social Security Administration ) |  |
| *Defendant* ) |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. §§ 405(g) for further administrative action.

This action was *(check one)*:
❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:  July 27, 2011                                                                 *CLERK OF COURT*

                                                                                              s/John P. Bryan, Jr.
                                                                                 *Signature of Clerk or Deputy Clerk*